THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PERCY NERO *et al.,* Defendants-Appellants.

(Nos. 59634, 59635 cons.; ▮▮▮▮▮▮▮▮

First District (1st Division)—December 26, 1973.

PER CURIAM.
GOLDBERG, J., took no part.

Steven Clark, Assistant Appellate Defender, of Chicago, for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.